STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM PHILLIPS (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Galia_Phillips@fd.org

Counsel for Defendant DON EARL BARRETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>DON EARL BARRETT,<br><br>              Defendant. | No. 13-CR-600-WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING COURT DATE |

**I.    STIPULATION**

At the last court date, on November 18, 2014, the Court stated that it would continue the upcoming progress report, set for December 23, 2014, if Mr. Barrett was employed (*See* Docket No. 42.) Mr. Barrett has recently secured a new job at DSS Staffing. He works from 3:00am to 4:00pm. The parties therefore stipulate to continue the progress report to February 17, 2014 at 2:00pm.

The parties respectfully inform the Court that Mr. Barrett's probation officer, Bobby Love, has been informed of, and does not object to, this continuance.

Respectfully submitted,

Dated: December 19, 2014         */s/ Galia Amram Phillips*
                                 _____
                                 Assistant Federal Public Defender

Dated: December 19, 2014         */s/ Natalie Lee*
                                 _____
                                 Assistant United States Attorney

## II.      [~~PROPOSED~~] ORDER

The progress report currently set for December 23, 2014 at 2:00pm is continued to February 17, 2014 at 2:00pm.

IT IS SO ORDERED.

Dated: December 22, 2014.        _____
                                 HON. WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE

*UNITED STATES V. BARRETT*, 13CR600
STIPULATION AND [~~PROPOSED~~] ORDER         2