| | |
|---|---|
| 1 | STEVEN KALAR |
| 2 | Federal Public Defender |
| | GALIA AMRAM |
| 3 | Assistant Federal Public Defender |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| 6 | Counsel for Defendant BARRETT |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 13–600 WHA |
| Plaintiff, | **[PROPOSED] STIPULATED ORDER CONTINUING HEARING** |
| v. | |
| DON BARRETT, | |
| Defendant. | |

The above-entitled matter is currently scheduled for August 24, 2017. Due to the availability of counsel, the defense requests that the matter be continued to September 5, 2017.

The government and probation have no objection to this proposed continuance.

Therefore, for good cause shown the hearing currently scheduled on August 24, 2017 shall be vacated. The matter shall be continued until September 5, 2017.

//

//

//

//

//

//

//

IT IS SO ORDERED.

   August 23, 2017.                                             
Dated                                                   WILLIAM ALSUP
United States District Judge

IT IS SO STIPULATED.

   August 21, 2017                    BRIAN J. STRETCH
Dated                                United States Attorney
                                         Northern District of California

                                               /S
                                         RITA LIN
                                         Assistant United States Attorney


   August 21, 2017                    STEVEN G. KALAR
Dated                                Federal Public Defender
                                         Northern District of California

                                             /S
                                         GALIA AMRAM
                                         Assistant Federal Public Defender